435 A.2d 643

Commonwealth v. Floyd, Appellant.

Submitted September 11, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.

435 A.2d 643

Commonwealth v. Godick, Appellant.

Argued December 1, 1980. Michael A. Paul, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.